**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on June 7, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

IN RE:

PIRCILIO GUERRERO

Case No.:  18-24419 RG

Hearing Date:  6/5/2019

## INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: June 7, 2019

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): PIRCILIO GUERRERO

Case No.: 18-24419

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

---

THIS MATTER having come before the Court on 06/05/2019 on notice to STEVEN D. PERTUZ, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an application to extend loss mitigation program by 6/12/2019; and it is further

- ORDERED, that if the Court's Docket does not reflect an application to extend loss mitigation program has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must file a motion to object to State of NJ Claim by 6/12/2019 ; and it is further

- ORDERED, that if the Court's Docket does not reflect a motion to object to State of NJ Claim has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Motion will be adjourned to 7/17/2019 at 10:00 a.m.