**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
**Chapter 13 Standing Trustee**

IN RE:

    PIRCILIO GUERRERO

Order Filed on June 7, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

Case No.:  18-24419 RG

Hearing Date:  6/5/2019

## INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED:** June 7, 2019

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): PIRCILIO GUERRERO

Case No.: 18-24419

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

---

THIS MATTER having come before the Court on 06/05/2019 on notice to STEVEN D. PERTUZ, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an application to extend loss mitigation program by 6/12/2019; and it is further

- ORDERED, that if the Court's Docket does not reflect an application to extend loss mitigation program has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must file a motion to object to State of NJ Claim by 6/12/2019 ; and it is further

- ORDERED, that if the Court's Docket does not reflect a motion to object to State of NJ Claim has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Motion will be adjourned to 7/17/2019 at 10:00 a.m.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-24419-RG
Pircilio Guerrero                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin         Page 1 of 1              Date Rcvd: Jun 07, 2019
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2019.
db              Pircilio Guerrero,    529 43rd St,    Union City, NJ   07087-2611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2019 at the address(es) listed below:
      Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Steven D. Pertuz    on behalf of Debtor Pircilio  Guerrero pertuzlaw@verizon.net, G16461@notify.cincompass.com
      Steven P. Kelly    on behalf of Creditor    BANK OF AMERICA, N.A. skelly@sterneisenberg.com, bkecf@sterneisenberg.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                TOTAL: 5