| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**The Law Offices of Steven D. Pertuz, LLC**<br>111 Northfield Avenue, Suite 304<br>West Orange, NJ 07052<br>Tel: (973) 669-8600<br>Fax: (973) 669-8700<br>pertuzlaw@verizon.net<br>**SDP 5632**<br>**Attorneys for Debtor, Pircilio Guerrero** | FILED<br>JEANNE A. NAUGHTON, CLERK<br>SEP 2 4 2019<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY_____DEPUTY |
| In Re:<br><br>**PIRCILIO GUERRERO,**<br><br>　　　　　　　　　Debtor. | Case No.: 18-24419 (RG)<br><br>Hearing Date: September 18, 2019<br><br>Judge: Rosemary Gambardealla, U.S.B.J. |

### ORDER GRANTING DEBTOR'S MOTION OBJECTING TO AND DISALLOWING PROOF OF CLAIM OF NEW JERSEY DIVISION OF TAXATION UNDER FED. R. BANKR. P. 3001 AND 3007

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

9-24-19　　　　　　　　_____
　　　　　　　　　　　　　　　　USBJ

(Page 2)
Debtor: PIRCILIO GUERRERO
Case No.:18-24419 (RG)
Caption of Order: Order Granting Debtor's Motion Objecting To and Disallowing Proof of Claim Of New Jersey Division Of Taxation Under Fed. R. Bankr. P. 3001 and 3007

Upon the Motion of The Law Offices of Steven D. Pertuz, LLC, on behalf of Pircilio Guerrero (hereinafter collectively "Movant"), under Federal Rules of Bankruptcy Procedure 3001 and 3007, and it appearing that notice of said motion was properly served upon all parties concerned and this motion and this Court, having considered the arguments of opposing counsel and Steven D. Pertuz, Esq., attorney for Movant, and it appearing that for good cause shown,

ORDERED as follows:

1. Proof of Claim # 6-1, filed on April 5, 2019, by New Jersey Division Of Taxation, is hereby deemed erroneous and is disallowed in its entirety.

2. The Movant shall serve this Order on the debtor, the United States Trustee and other party who entered an appearance on the motion.