| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>The Law Offices of Steven D. Pertuz, LLC<br>111 Northfield Avenue, Suite 304<br>West Orange, NJ 07052<br>Tel: (973) 669-8600<br>Fax: (973) 669-8700<br>pertuzlaw@verizon.net<br>SDP 5632<br>Attorneys for Debtor, Pircilio Guerrero | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>SEP 2 4 2019<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In Re:<br><br>**PIRCILIO GUERRERO,**<br><br>                  Debtor. | Case No.: 18-24419 (RG)<br><br>Hearing Date: September 18, 2019<br><br>Judge: Rosemary Gambardealla, U.S.B.J. |

**ORDER GRANTING DEBTOR'S MOTION OBJECTING TO AND DISALLOWING PROOF OF CLAIM OF NEW JERSEY DIVISION OF TAXATION UNDER FED. R. BANKR. P. 3001 AND 3007**

    The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

9-24-19            _/s/ Rosemary Gambardella_
                          USBJ

(Page 2)
Debtor: PIRCILIO GUERRERO
Case No.:18-24419 (RG)
Caption of Order: Order Granting Debtor's Motion Objecting To and Disallowing Proof of Claim Of New Jersey Division Of Taxation Under Fed. R. Bankr. P. 3001 and 3007

Upon the Motion of The Law Offices of Steven D. Pertuz, LLC, on behalf of Pircilio Guerrero (hereinafter collectively "Movant"), under Federal Rules of Bankruptcy Procedure 3001 and 3007, and it appearing that notice of said motion was properly served upon all parties concerned and this motion and this Court, having considered the arguments of opposing counsel and Steven D. Pertuz, Esq., attorney for Movant, and it appearing that for good cause shown,

ORDERED as follows:

1. Proof of Claim # 6-1, filed on April 5, 2019, by New Jersey Division Of Taxation, is hereby deemed erroneous and is disallowed in its entirety.

2. The Movant shall serve this Order on the debtor, the United States Trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Pircilio Guerrero  
    Debtor

Case No. 18-24419-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 24, 2019  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2019.  
db          Pircilio Guerrero,    529 43rd St,    Union City, NJ    07087-2611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2019                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2019 at the address(es) listed below:  
         Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Steven D. Pertuz    on behalf of Debtor Pircilio Guerrero pertuzlaw@verizon.net, G16461@notify.cincompass.com  
         Steven P. Kelly    on behalf of Creditor    BANK OF AMERICA, N.A. skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         TOTAL: 5