UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**The Law Offices of Steven D. Pertuz, LLC**
**111 Northfield Avenue, Suite 304**
**West Orange, NJ 07052**
**Tel: (973) 669-8600**
**Fax: (973) 669-8700**
**pertuzlaw@verizon.net**
**SDP 5632**
**Attorney for Pircilio Guerrero**

Order Filed on October 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**PIRCILIO GUERRERO,**

**Debtor.**

Case No.: 18-24419

Hearing Date:  10/16/19

Judge:  RG

**ORDER APPROVING LOAN MODIFICATION AGREEMENT REACHED BETWEEN THE SECURED CREDITOR, SHELLPOINT MORTGAGE SERVICING, AND DEBTOR**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 3, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)
**Debtors: PIRCILIO GUERRERO**
**Case No.: 18-24419 (RG)**
**Caption of Order: Order Approving Loan Modification Agreement Reached Between The Secured Creditor, Shellpoint Mortgage Servicing, And Debtor**

Upon the Motion of the Law Offices of Steven D. Pertuz, LLC, on behalf of the Debtor, Pircilio Guerrero (hereinafter collectively "Movant"), for Order Approving Loan Modification Agreement Reached Between The Secured Creditor, Shellpoint Mortgage Servicing, and Debtor as hereinafter set forth, and the Court having heard oral argument by counsel and having considered opposition to said motion, and for good cause having been shown,

ORDERED as follows:

1. The Debtor and Secured Creditor, Shellpoint Mortgage Servicing, are hereby authorized to enter into a loan modification.

2. The Debtor, if applicable, shall file a modified plan and amend schedule J within 20 days of the entry of this Order.

3. The Secured Creditor shall file an amended Proof of Claim within 20 days of the entry of this Order.

4. The Chapter 13 Trustee shall suspend disbursements to Secured Creditor. All money that would otherwise be paid to Secured Creditor shall be held by the Trustee until the arrearage portion of the claim is amended to zero or the claim withdrawn.

5. Upon the Proof of Claim being amended to zero or withdrawn, the Trustee may disburse the funds being held pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

6. The movant shall serve this Order on the Debtors, the Chapter 13 Trustee, the Secured Creditor and any other party who entered an appearance on the motion within 7 days from entry.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-24419-RG
Pircilio Guerrero                                                       Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin            Page 1 of 1            Date Rcvd: Oct 03, 2019
                          Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
db             Pircilio Guerrero,    529 43rd St,    Union City, NJ   07087-2611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Steven D. Pertuz    on behalf of Debtor Pircilio  Guerrero pertuzlaw@verizon.net,
               G16461@notify.cincompass.com
              Steven P. Kelly    on behalf of Creditor    BANK OF AMERICA, N.A. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                    TOTAL: 5