UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on December 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   PIRCILIO GUERRERO

Case No.: 18-24419
Hg. Date: 12/4/2019

Judge:  ROSEMARY GAMBARDELLA

# ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: December 11, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): PIRCILIO GUERRERO

Case No.: 18-24419RG

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of SHELLPOINT MORTGAGE SERVICING, Court Claim Number 5, be reduced to amount paid to date through the plan by the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Pircilio Guerrero  
       Debtor

Case No. 18-24419-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Dec 11, 2019  
                                 Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2019.  
db          Pircilio Guerrero,    529 43rd St,    Union City, NJ    07087-2611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2019 at the address(es) listed below:

        Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Bank of America, N.A. eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com  
        Emmanuel J. Argentieri    on behalf of Creditor    Shellpoint Mortgage Servicing bk@rgalegal.com  
        Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Steven D. Pertuz    on behalf of Debtor Pircilio Guerrero pertuzlaw@verizon.net, G16461@notify.cincompass.com  
        Steven P. Kelly    on behalf of Creditor    BANK OF AMERICA, N.A. skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                TOTAL: 7